# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

**MICHEAL WAYNE LONG**                                              **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 1:11CV-P61-M**

**UNITED STATES OF AMERICA GOVERNMENT**                     **DEFENDANT**

### MEMORANDUM AND ORDER

By Memorandum and Order entered May 13, 2011, this Court concluded that 28 U.S.C. § 1915(g) prohibited Plaintiff Micheal (aka Michael) Wayne Long from proceeding *in forma pauperis* and directed him to pay the requisite $350.00 filing fee for the instant action within 30 days from entry of the Order (DN 9). Thereafter, Plaintiff filed a motion to proceed under 28 U.S.C. § 1915(b). By Memorandum and Order entered June 17, 2011, the Court denied that motion and directed Plaintiff to pay the $350 filing fee within 21 days (DN 11). In each Memorandum and Order, the Court advised Plaintiff that failure to pay the filing fee within the time allowed would result in dismissal of the action.

Review of the record reveals that Plaintiff has failed to pay the requisite $350.00 filing fee. The Court, therefore, will dismiss the action by separate Order for failure to comply with prior Orders of the Court and for failure to prosecute.

Dismissal of this action, however, does not relieve Plaintiff of his responsibility to pay the requisite filing fee in this action. *In re Alea*, 286 F.3d 378, 381 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 607 (6th Cir. 1997). The obligation to pay the filing fee attaches when a prisoner "brings a civil action." *In re Alea*, 286 F.3d at 381. "The subsequent dismissal

of the action under § 1915(g) for failure to pay that fee does not negate or nullify the litigant's continuing obligation to pay the fee in full." *Id.*

Accordingly, **the prior Orders (DNs 9 & 11) obligating Plaintiff to pay the $350.00 filing fee in this action remain in full effect**.

**IT IS THEREFORE ORDERED that the Kentucky State Reformatory shall forward $350.00 from Plaintiff's inmate account to the Clerk for full payment of the filing fee.** The payment shall be made payable to **"Clerk, U.S. District Court"** and sent to the following address:

> Office of the Clerk
> United States District Court
> Western District of Kentucky
> 106 Gene Snyder U. S. Courthouse
> 601 West Broadway
> Louisville, Kentucky 40202-2249

Date:

cc: Plaintiff, *pro se*
 Kentucky State Reformatory, Attn: Inmate Accounts #81811, 3001 W. Hwy. 146, LaGrange, KY 40032
4414.005